1  Sonja S. Weissman (SBN 154320)
   Dana A. Blanton (SBN 232373)
2  REED SMITH LLP
   1999 Harrison St., Suite 2400
3  Oakland, CA 94612
   Telephone: 510.763.2000
4  Facsimile: 510.273.8832
   Email: sweissman@reedsmith.com;
5  dblanton@reedsmith.com

6  Michael K. Brown (SBN 104252)
   Ginger Heyman Pigott (SBN 162908)
7  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
8  Los Angeles, CA 90071
   Telephone: 213.457.8000
9  Facsimile: 213.457.8080
   Email: mkbrown@reedsmith.com;
10 gheyman@reedsmith.com

11 Attorneys for Defendant
   Medtronic, Inc.

**ORIGINAL FILED**

MAY - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON McCOVEY and DAWN HECKEL,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDTRONIC, INC. and DOES 1 through 15, inclusive,<br><br>Defendants. | No.: C08-02287 MEJ<br><br>(Removal of San Francisco Superior Court Case No. CGC-08-471879)<br><br>**DEFENDANT MEDTRONIC, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[LOCAL RULE 3-16]<br><br>ADR |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

---

Defendant Medtronic, Inc.'s Notice Of Certification of Interested Entities or Persons

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: May 2, 2008May 1, 2008

        REED SMITH LLP

By *[signature]* /ETH
Michael K Brown
Sonja S. Weissman
Ginger Heyman Pigott
Dana A. Blanton
Attorneys for Defendant
Medtronic, Inc.

DOCSOAK-9906589.1

Defendant Medtronic, Inc.'s Notice Of Certification of Interested Entities or Persons