1  Sonja S. Weissman (SBN 154320)
   Dana A. Blanton (SBN 232373)
2  REED SMITH LLP
   1999 Harrison St., Suite 2400
3  Oakland, CA 94612
   Telephone:    510.763.2000
4  Facsimile:    510.273.8832
   Email: sweissman@reedsmith.com;
5  dblanton@reedsmith.com

6  Michael K. Brown (SBN 104252)
   Ginger Heyman Pigott (SBN 162908)
7  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
8  Los Angeles, CA 90071
   Telephone:    213.457.8000
9  Facsimile:    213.457.8080
   Email: mkbrown@reedsmith.com;
10 gheyman@reedsmith.com

11 Attorneys for Defendant
   Medtronic, Inc.

ORIGINAL FILED

MAY - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MCCOVEY and DAWN HECKEL,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDTRONIC, INC., and Does 1 to 15, Inclusive,<br><br>Defendants. | No. C08-02287 MEJ<br><br>**DEFENDANT MEDTRONIC, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>[FRCP 7.1]<br><br>ADR |

DEFENDANT MEDTRONIC, INC.'S CORPORATE DISCLOSURE STATEMENT

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

Pursuant to FRCP 7.1, Defendant Medtronic, Inc. provides the following corporate disclosure statement:

Medtronic, Inc. is a publicly held corporation organized under the laws of the State of Minnesota; it has no parent corporation; and there is no publicly held corporation that owns 10 percent or more of Medtronic's stock.

Dated: May 2, 2008.

REED SMITH LLP

By _____
Sonja S. Weissman
Dana A. Blanton
Attorney for Defendant
Medtronic, Inc.

DOCSOAK-9907339.1

- 1 -
DEFENDANT MEDTRONIC, INC.'S CORPORATE DISCLOSURE STATEMENT