1  Sonja S. Weissman (SBN 154320)
   Dana A. Blanton (SBN 232373)
2  REED SMITH LLP
   1999 Harrison St., Suite 2400
3  Oakland, CA 94612
   Telephone:    510.763.2000
4  Facsimile:    510.273.8832
   Email: sweissman@reedsmith.com;
5  dblanton@reedsmith.com

6  Michael K. Brown (State Bar No. 104252)
   Ginger Heyman Pigott (State Bar No. 162908)
7  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
8  Los Angeles, CA 90071
   Telephone:    213.457.8000
9  Facsimile:    213.457.8080
   Email:  mkbrown@reedsmith.com;
10 gheyman@reedsmith.com

11 Alison B. Riddell (State Bar No. 246120)
   REED SMITH LLP
12 Two Embarcadero Center, Suite 2000
   San Francisco, CA 94111
13 Telephone:    415.543.8700
   Facsimile:    415.391.8269

14

15 Attorneys for Defendant
   Medtronic, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DON McCOVEY and DAWN HECKEL,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDTRONIC, INC. and DOES 1 through 15, inclusive,<br><br>Defendants. | No. 3:08-cv-02287-MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|---|---|

1    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

3    The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:  July 7, 2008                REED SMITH, LLP


By    /s/ Alison B. Riddell
      Alison B, Riddell
      Attorneys for Defendant
      Medtronic, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 1 -

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE