# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DON MCCOVEY and DAWN
HECKEL,

                    Plaintiff(s),

                    v.

MEDTRONIC, INC. and DOES 1
through 15, inclusive,

                    Defendant(s).

Case No. C 08-02287 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _____

Dated: 7/7/08

[Party]

[Counsel]
attorney for πs