UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** August 7, 2008                                             **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-2287 PJH

**Case Name:** Don McCovey v. Medtronic, Inc.

**Attorney(s) for Plaintiff:**      Rachel Abrams
**Attorney(s) for Defendant:**   Alison B. Riddell; Ginger Heyman Pigott

**Deputy Clerk**: Nichole Heuerman            **Court Reporter**: Not Reported

**PROCEEDINGS**

    Initial Case Management Conference-Held. The court informs the parties that they will need to reconsider consenting to a magistrate judge for trial. Each side shall meet and confer with client and submit a response in writing within one week. The court sets a pretrial schedule. The parties have already been referred to private mediation. The mediation is set for 9/16/08.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff:**    9/2/09
**Expert disclosure by Plaintiff:** 6/3/09
**Expert disclosure by Defendant:** 7/1/09
**Expert discovery cutoff:** 9/2/09
**Dispositive Motions heard by:** 11/4/09
**Pretrial Conference:** 2/25/10
**Trial:** 3/22/10 at 8:30 a.m., for 8 days, by [x] Jury  [] Court

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file