August 14, 2008

The Honorable Phyllis J. Hamilton
District Court Judge
United States District Court for the Northern
District of California
450 Golden Gate Ave.
Courtroom 3, 17th Floor
San Francisco, CA 94102

**McCovey v. Medtronic, Case No. 08-cv-02287 PJH**
**Declination to Proceed Before a Magistrate Judge**

Dear Judge Hamilton:

    Pursuant to your request at the August 7, 2008 Case Management Conference, the parties write to inform you that Medtronic declines to agree to proceed with this case before a magistrate judge. The parties will proceed with this case in front of Your Honor and pursuant to the Case Management and Pretrial Order issued on August 8, 2008.

Respectfully submitted,

HERSH & HERSH

_____
Mark Burton, Esq.
Rachel Abrams, Esq.
Attorneys for Plaintiffs

REED SMITH LLP

_____
Ginger Pigott, Esq.
Dana Blanton, Esq.
Alison Riddell, Esq.
Attorneys for Defendant Medtronic