Sonja S. Weissman (SBN 154320)
Dana A. Blanton (SBN 232373)
Alison B. Riddell (SBN 246120)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA 94612
Telephone:  510.763.2000
Facsimile:  510.273.8832
Email: sweissman@reedsmith.com;
dblanton@reedsmith.com

Michael K. Brown (SBN 104252)
Ginger Heyman Pigott (SBN 162908)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:  213.457.8000
Facsimile:  213.457.8080
Email: mkbrown@reedsmith.com;
gheyman@reedsmith.com

Attorneys for Defendant
Medtronic, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON McCOVEY and DAWN HECKEL,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDTRONIC, INC. and DOES 1 through 15, inclusive,<br><br>Defendants. | No.: 3:08-cv-02287-PJH<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiffs Don McCovey and Dawn Heckel and defendant Medtronic, Inc., by and through their undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs' entire Complaint shall be dismissed with prejudice. Each party shall bear its own costs, fees and expenses, including attorneys' fees, in connection with this voluntary dismissal. Judgment of dismissal with prejudice may be entered hereon pursuant hereto without further notice.

DATED: September __, 2008.

HERSH & HERSH

By _____
Mark Burton
Attorneys for Plaintiffs
Don McCovey and Dawn Heckel

DATED: September 29, 2008.

REED SMITH LLP

By _____
Sonja S. Weissman
Dana A. Blanton
Attorneys for Defendant
Medtronic Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 30, 2008.

UNITED ST_____



IT IS SO ORDERED
Judge Phyllis J. Hamilton

DOCSOAK-9918347.1

- 1 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE